

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00077-CR
No. 02-20-00078-CR
No. 02-20-00079-CR

_____

NIKOLAI HANNEMANN, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 362nd District Court
Denton County, Texas
Trial Court Nos. F19-2631-362, F19-2632-362, F19-2633-362

---

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION

Nikolai Hannemann attempts to appeal his convictions and sentences for evading arrest, burglary of a habitation, and burglary of a building. *See* Tex. Penal Code Ann. §§ 30.02(a), (c)(1), (c)(2), 38.04(a), (b)(2). Hannemann pleaded guilty to each offense pursuant to a plea-bargain agreement, and the trial court sentenced him in accordance with those agreements to two years' confinement for each of the first two offenses and 180 days' confinement for the third offense, with the sentences to run concurrently. As part of his plea-bargain agreements, Hannemann waived his right to appeal.

Consistent with Hannemann's plea-bargain agreements, the "Trial Court's Certification of Defendant's Right of Appeal" in each case states that this "is a plea-bargain case, and the defendant has NO right of appeal" and that "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2), (d). We notified Hannemann by letter of these certifications and informed him that unless he or any party wanting to continue the appeals filed a response within ten days showing grounds for continuing the appeals, we would dismiss them. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. More than ten days have passed, and neither Hannemann nor any other party has filed a response.

In accordance with the trial court's certifications, we dismiss Hannemann's appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f); *see, e.g., Ponciano v. State*, No. 02-17-00394-

CR, 2018 WL 1414731, at *1 (Tex. App.—Fort Worth Mar. 22, 2018, no pet.) (mem. op., not designated for publication).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  September 3, 2020